UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JESSIE JAMES DUPLANTIS #318660** | **CASE NO. 6:17-CV-01558 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and supplemented by this Court's previous Ruling on Objections, after an independent review of the record, upon determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED THAT the petition for writ of habeas corpus [Doc. No. 1] be DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 19th day of September, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE